**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS**                                        **NO. 4:97-CR-00190-02 GH**

**GENIE LYNETTE MASSEY**

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

Defendant, Genie Lynette Massey, appeared on November 14, 2005 with counsel to show cause why her supervised release should not be revoked. After considering the testimony of witnesses, argument of counsel and statement from the Defendant, the Court concludes that the terms of supervised release have been violated. The Court elects, however, to modify the conditions of, rather than revoke, Ms. Massey's supervised release. Accordingly, the motion to revoke (#109) is hereby DENIED.

The conditions of Ms. Massey's supervised release are hereby modified as follows:

(1) The Defendant shall be placed, as soon as possible, in a 30-day inpatient substance abuse treatment program. After the completion of this program, a six-month placement in the halfway house in Little Rock is imposed where the Defendant **shall** participate in substance abuse treatment programs, mental health programs and actively seek employment.

(2) Restitution remains due and payable in the amount of $10,765.80. However, restitution payments are suspended during Defendant's inpatient treatment and placement in a halfway house. Restitution payments shall resume when the Defendant leaves the halfway house, at which time, a reasonable payment schedule, not to exceed 10% of Defendant's gross monthly income, shall be

determined by the Probation Office.

(3)  Supervised release shall continue until December 19, 2006.

It is further ordered that the Defendant shall remain in the custody of the U. S. Marshal, pending release to the inpatient treatment program.  **In the event that Defendant cannot be placed in an inpatient treatment facility by Monday, November 21, 2005, the Probation Office is directed to so notify the Court.**

IT IS SO ORDERED this 15th day of November 2005.

      _/s/Garnett Thomas Eisele_____
      UNITED STATES DISTRICT JUDGE