IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                                              NO. 4:97CR00190-02 GH

GENIE LYNETTE MASSEY

**<u>ORDER</u>**

  Defendant appeared with her attorney for a revocation hearing on May 25, 2006. The U. S. Probation Officer reported that the defendant tested positive for cocaine in a drug test administered prior to the hearing. In accordance with the court's policy, defendant is remanded to the custody of the U. S. Marshal. The revocation hearing is rescheduled for June 5, 2006 at 1:00 p.m.

  IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE