IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                               NO. 4:97CR00190-02 GH

GENIE LYNETTE MASSEY

**ORDER**

Defendant appeared with counsel on June 5, 2006 to show cause why her supervised release should not be revoked. The court modifies defendant's supervised release to include placing her in the constructive custody of her parents, Terry and Larry Massey, 2900 Dan Road, Pine Bluff, Arkansas 71602. Defendant is placed on home detention with electronic monitoring and may leave her home, with her parents, for medical, religious and any conferences which her parents may have. All other conditions of her supervised release remain in effect.

The revocation hearing is continued to July 7, 2006 at 1:00 p.m. Defendant is released from the custody of the U. S. Marshal.

IT IS SO ORDERED this 5th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE