IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                    NO. 4:97CR00190-02

GENIE LYNETTE MASSEY

**ORDER**

Defendant appeared with counsel on August 4, 2006 for a status hearing on the government's motion to revoke supervised release. After hearing a report from the probation officer, arguments from counsel and testimony of defendant's counselor, Rick Saucier, the court will continue defendant's supervised release without modification. Defendant's motion for order for relief from home detention and request to transfer to another district (#131) is denied.

IT IS SO ORDERED this 4th day of August, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE